RECEIVED
IN LAKE CHARLES, LA

JUL - 8 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| VIRGIN OFFSHORE U.S.A., INC. | : | DOCKET NO. 04 CV 740 |
| | : | JUDGE MINALDI |
| TEXAS CREWBOATS, INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

This action came for trial before the court, and the issues having been duly tried and a decision having been duly rendered, and for the reasons given in the court's written opinion,

IT IS ORDERED and ADJUDGED

that plaintiff Virgin Offshore U.S.A., Inc. take nothing, and that Texas Crewboats, Inc., et al., on its counterclaim, recover of the plaintiff the sum of $85,335.89, plus interest at a rate of 4.96% per annum from March 22, 2004, the date of the loss. The defendants' costs in this action shall be taxed against Virgin Offshore U.S.A., Inc. as the party solely at fault.

Lake Charles, Louisiana, this 29th day of May, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT